

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2014

No. 04-14-00446-CV

John **THOMAS**,
Appellant

v.

Cynthia **THOMAS**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 14-45C
Honorable Robert R. Barton, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

On September 17, 2014, this court issued a memorandum opinion dismissing the appeal. On September 22, 2014, the parties filed a joint motion to expedite mandate pursuant to Rule 18.1(c) requesting that the mandate be issued immediately. *See* TEX. R. APP. P. 18.1(c). The motion is GRANTED. The clerk of the court is instructed to issue the mandate immediately. *See id.*

It is so **ORDERED** on September 25, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court